## BARBEE v. ATLANTIC MARINE SALES & SERVICE

No. 120P94

Case below: 113 N.C.App. 80

Petition by defendant (Mako Marine, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## BLUE RIDGE PRODUCTS, INC. v. MUNDAY

No. 289P94

Case below: 114 N.C.App. 665

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## BRYANT v. K-MART CORP.

No. 333P94

Case below: 115 N.C.App. 173

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## BURTON v. SEABOLT

No. 314P94

Case below: 115 N.C.App. 173

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## COLOMBO v. DORRITY

No. 315P94

Case below: 115 N.C.App. 81

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.